EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Virgen Enid Rivera Torres | 2008 TSPR 154 <br><br> 175 DPR ____ |

Número del Caso: TS-5089

Fecha: 8 de septiembre de 2008

Oficina de Inspección de Notarías:

        Lcda. Lourdes I. Quintana Lloréns
        Directora

Abogado de la Parte Peticionaria:

        Por Derecho Propio

Materia: Reinstalación a la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Virgen Enid Rivera Torres                    TS-5089

SALA DE VERANO INTEGRADA POR EL JUEZ PRESIDENTE SEÑOR HERNANDEZ DENTON, EL JUEZ ASOCIADO SEÑOR RIVERA PEREZ Y LA JUEZA ASOCIADA SEÑORA FIOL MATTA.

RESOLUCION

San Juan, Puerto Rico, a 8 de septiembre de 2008.

Evaluada la "Relación a solicitud de Reinstalación a la Notaria Sobre Otros Extremos" presentada por la parte peticionaria, se ordena la reinstalación de la peticionaria, advirtiéndole que debe proseguir con las gestiones hasta tanto la deficiencia quede subsanada y, a su vez, debe notificar a la Oficina de Inspección de Notarias de los tramites que realice y de sus resultados.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo